HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOSEPH REPAR,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CENTRAL KITSAP FIRE & RESCUE,<br><br>　　　　Defendant. | CASE NO. C15-5269 RBL<br><br>ORDER DENYING JUDGMENT ON THE PLEADINGS<br><br>DKT. #22 |

THIS MATTER comes before the Court on Plaintiff Joseph Repar's Motion for Judgment on the Pleadings. [Dkt. #22]. Repar claims his former employer, Defendant Central Kitsap Fire and Rescue, failed to properly pay him hourly and overtime wages. Repar asks the Court to decide on the pleadings whether a collective bargaining agreement (CBA) between CKFR and the firefighters union authorized CKFR to pay him different overtime rates, depending on his position. CKFR argues that because it has raised affirmative defenses and because there are material disputes of fact, Repar's Motion should be denied.

Judgment on the pleadings is proper when there are no issues of material fact, and the moving party is entitled to judgment as a matter of law. *See* Fed. R. Civ. P. 12(c). The non-moving party's factual allegations are accepted as true and construed in the light most favorable

to that party. *See McGlinchy v. Shell Chemical Co.*, 845 F.2d 802, 810 (9th Cir. 1988). A plaintiff is not entitled to a judgment when the answer raises issues of fact that, if proved, would defeat recovery. Similarly, an affirmative defense will usually bar judgment on the pleadings. *See Gen. Conf. Corp. of Seventh-Day Adventists v. Seventh-Day Adventist Congregational Church*, 887 F.2d 228, 230 (9th Cir. 1989).

CKFR's affirmative defenses are that Repar failed to exhaust the CBA's grievance procedures, and that the six-month limitations period for breach of the CBA bars some or all of his claims. [Dkt. #21, pg. 4]. It also points to disputes of material fact affecting Repar's right to recovery: whether a "memorandum of understanding" between it and the union had expired, and what position(s) Repar actually held. [Dkt. #21, pg. 2–3]. For these reasons, Repar's Motion for Judgment on the Pleadings [Dkt. #22] is DENIED.

IT IS SO ORDERED.

Dated this 22nd day of January, 2016.

Ronald B. Leighton
United States District Judge

DKT. #22 - 2